DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:  702.862.8800
Fax No.:     702.862.8811
Email:         ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kimberly Jones,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Backgroundchecks.com LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00384-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

　　　Plaintiff KIMBERLY JONES ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of April 1, 2021, up to and including **May 3, 2021**.

　　　The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: March 19, 2021                                   Dated: March 19, 2021

Respectfully submitted,                                 Respectfully submitted,


*/s/ Michael Kind*                                      */s/ Diana G. Dickinson*
MICHAEL KIND, ESQ.                                      DIANA G. DICKINSON, ESQ.
KIND LAW                                                LITTLER MENDELSON, P.C.

GEORGE HAINES, ESQ.                                     Attorney for Defendant
FREEDOM LAW FIRM                                        BACKGROUNDCHECKS.COM LLC

Attorneys for Plaintiff
KIMBERLY JONES

**IT IS SO ORDERED.**

Dated: 3-19-2021

_____
UNITED STATES MAGISTRATE JUDGE

4810-9570-6849.1 107811.1007

2.