```
_X_ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         April 20, 2021

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY:                      DEPUTY
```

DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kimberly Jones,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Backgroundchecks.com LLC,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00384-RFB-VCF<br><br>ORDER **TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Plaintiff KIMBERLY JONES ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of May 3, 2021, up to and including **May 17, 2021**.

This is the second request for an extension of time to respond to the Complaint. The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter.[1]  The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

///

---

[1] Some of the issues discussed include Defendant's contention that personal jurisdiction and venue is improper, and that nothing contained in this Stipulation waives those contentions.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: April 19, 2021

Respectfully submitted,

*/s/ Michaek Kind*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
FREEDOM LAW FIRM, LLC

Attorneys for Plaintiff
KIMBERLY JONES

Dated: April 19, 2021

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: _____April 20_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4850-2355-8886.1 / 107811-1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800